UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDGAR RIVERA,

    Plaintiff,

v.                                        Case No: 6:20-cv-1131-Orl-78LRH

MAC LAWN SERVICES, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Amended Joint Motion for Approval of Settlement Agreement (Doc. 30). United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 31), in which she recommends that Plaintiff's Motion be granted in part. The parties filed a Joint Notice of Non-objection (Doc. 32).

After a de novo review of the record and noting that the parties do not object, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement Agreement (Doc. 30) is **GRANTED in part**, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**. The Court does not retain jurisdiction to enforce the agreement.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on January 11, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record